US DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

KEVIN BURRESS
V.                                    CASE NO.:
AKIANE KRAMARIK, ET AL.               1:21-CV-06262

MOTION TO PROCEED
IN FORMA PAUPERIS;

COMES NOW THE PLANTIFF IN THIS CASE AND MOVES THE COURT TO LET HIM PROCEED IN FORMA PAUPERIS, DUE TO HARDSHIP IN HAVING IFP DOCUMENTS CERTIFIED. THE PLANTIFF PROVIDES IN SUPPORT THE FOLLOWING:

1. IN DECEMBER OF 2021 PLANTIFF FILED A COMPLAINT WITHOUT OBTAINING IFP STATUS OR PREPAYMENT OF FILING FEES IN ADVANCE.

2. IN APRIL OF 2022 PLANTIFF ATTEMPTED TO OBTAIN LEAVE TO AMEND THE COMPLAINT.

3. THE PLANTIFF IN THIS CASE RECIEVED AN ORDER ALONG WITH AN IFP APPLICATION IN APRIL OF 2022.

4. THE PLANTIFF TRIED AT LENGTH TO HAVE THE IFP APPLICATION CERTIFIED BY USP-ATLANTA COUNSELOR DIXON AND CASE MANAGER GIBSON.

5. THEY DECIDED GIBSON WAS TO FILL IT OUT BUT CONTINUED GIVING PLANTIFF THE RUN AROUND ABOUT FILLING OUT THE CERTIFICATION.

6. USP ATLANTA IS NOTORIOUS FOR HUMAN RIGHTS VIOLATIONS AND IS CURRENTLY UNDER A SENATE INVESTIGATION HEADED BY D-GEORGIA JOHN OSOFF.

7. PLANTIFF HAS BEEN MOVED TEMPORARILY OUT OF BOP CUSTODY BY THE US MARSHALLS.

8. PLANTIFF WOULD LIKE TO PROCEED IN FORMA PAUPERIS IN THIS CASE AND CURRENTLY HAS $0.35 IN HIS ACCOUNT WHEREFORE PLANTIFF MOVES THE COURT TO PROCEED IFP OR SEND ANOTHER IFP APPLICATION TO THE NEW FACILITY.

RESPECTFULLY SUBMITTED ON THIS 8TH DAY OF SEPTEMBER 2022.

KEVIN BURRESS, PRO SE

Kevin Burress #67918509
PO Box 730
Lovejoy, GA 30250

ATLANTA METRO 301

12 SEP 2022 PM 13 L

Mailed from a detention facility

Hasler
08/15/2022
US POSTAGE $000.60

ZIP 30250
011E11680118

RECEIVED
2022 SEP 16 AM 8:38

Clerk, US District Court
219 South Dearborn Street
Chicago, IL 60604

60604-180099

LEGAL MAIL



09/16/2022-16